No. 76–554. TULARE LAKE CANAL CO. ET AL. *v.* UNITED STATES; and

No. 76–555. SALYER LAND CO. *v.* UNITED STATES. C. A. 9th Cir. Motion of Ben Yellen et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. MR. JUSTICE POWELL would grant certiorari. 

No. 76–629. MATTHEWS *v.* UNITED STATES. C. A. 5th Cir. Motion to strike brief of the United States and certiorari denied. 

No. 76–636. BUCKLEY TOWERS CONDOMINIUM, INC., ET AL. *v.* BUCHWALD ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE POWELL would grant certiorari. 

No. 76–648. CITY OF ADAIR, IOWA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari. 

No. 76–786. MOGLE *v.* BOARD OF EDUCATION OF SEVIER COUNTY SCHOOL DISTRICT ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari. 

No. 76–650. NEW MEXICO ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Motion of Flathead Irrigation District et al. for leave to file a brief as *amicus curiae* granted. Certiorari denied. 